# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>March 30, 2004 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 026 942 991 |
| APPLICATION NUMBER<br>ESC*001183357 | RECEIVED DATE<br>March 04, 2004 | PRIORITY DATE<br>March 04, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MOHAMMAD BANKI
940 QUAKER LANE #1417
EAST GREENWICH RI 02818

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: March 21, 1968
Address Where You Live: 940 QUAKER LANE #1417
EAST GREENWICH RI 02818

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

[redacted]

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001154681

Form I-797C (Rev. 11/28/03) N