# EXHIBIT D

**Mohammad Banki**
**A#: A 026 942 991**
940 Quaker Lane, Apt.# 1417
East Greenwich, RI 02818
(401) 578- 2450
mobanki@aol.com

---

February 2, 2005

Mr. Stephen W. Higgins, INS Officer
USCIS
Providence Sub Office
200 Dyer Street
Providence, RI 02903

Dear Mr. Higgins:

I had the opportunity to meet with you for my Naturalization Interview on July 20, 2004. At that time, I successfully passed the tests of English and U.S. history and government (see attached Interview Results).

You informed me that I would be notified by mail regarding the oath ceremony date, once the security clearance was received from Boston.

Unfortunately, despite the fact that 6 months has passed since our meeting, and not withstanding multiple telephone inquiries to USCIS, to this date, I have not received any further notifications. Please be advised that there have been no changes in my personal or contact information such as address or phone number.

Kindly, I would greatly appreciate you prompt attention to this matter. I would be grateful if you can advise me as to the next step in my application process. My Alien Number is listed above. Furthermore, my N 400 Application# is: ESC* 001183357 and was received by USCIS on March 4, 2004.

Sincerely yours,

Mohammad Banki, M.D., D.M.D.

Enclosure

[redacted]