# EXHIBIT E

LAW OFFICES
BLAIS CUNNINGHAM & CROWE CHESTER
150 MAIN STREET
P. O. BOX 1325
PAWTUCKET, RHODE ISLAND 02862

TEL. (401) 723-1122 722-2150
FAX: (401) 726-6140
E-MAIL: bccc@blaislaw.com

BENJAMIN C. CHESTER*
HENRY J. BLAIS, III
NATHANIEL S. THAYER
CHARLES H. WHITE
JAMES A. BRIDEN*
DAVID C. CLARKE*

* ALSO ADMITTED IN MASSACHUSETTS

CLARENCE N. WOOLLEY
1908-1968
HENRY J. BLAIS, JR.
1920-1962
JOHN F. QUINN
1927-1966
HENRY E. CROWE
1927-1985
MATTHEW C. CUNNINGHAM
1949-1995

May 5, 2005

Rosetta Martini
U.S.C.I.S.
200 Dyer Street
Providence, RI 02903

Re: Mohammad Banki / N-400 Pending **A026942991**

Dear Ms. Martini:

The undersigned represents Mohammad Banki and enclosed please find a G-28. Would you please inform me of the status of his case. Enclosed please find a copy of a previous letter from Dr. Banki to your office of February 2, 2005. His Naturalization Interview was on July 20, 2004 and at this time he passed the tests relative to same. Enclosed please find the N-652 Naturalization Interview Results.

He was informed that he would be notified by mail regarding the oath ceremony date once the security clearance was received from Boston.

Your assistance in determining the status of this case would be greatly appreciated. Thank you.

Very truly yours,

James A. Briden

Enclosures
cc: Dr. Banki

m55031et.mat

