# EXHIBIT F

# FACIAL & ORAL SURGERY

MSL

243 Jefferson Boulevard
Warwick, Rhode Island 02888
(401) 739-5500
Fax (401) 738-1550

Anthony Petito, D.D.S., M.D.
Frank Paletta, D.M.D., M.D.
Mo Banki, D.M.D., M.D.

1295 Fall River Ave., Suite 2
Seekonk, MA 02771
(508) 336-7848
Fax (508) 336-6580

www.mslsurgery.com

October 24, 2005

The Honorable Jack Reed
United States Senate
State of Rhode Island

Dear Senator Reed:

I am a practicing physician in Warwick, Rhode Island, and am writing to you to seek your assistance with regard to my application for the United States Citizenship.

I filed my Naturalization application (Form N-400) in March 2004. I received a timely interview in July 2004. The interview was conducted at the USCIS Providence Sub Office by Mr. Stephen W. Higgins, INS Officer. I was able to successfully pass the tests of English and U.S. history and government. Mr. Higgins then informed me that I will be notified by mail regarding the oath ceremony upon receipt of my security clearance.

Today, after well over 15 months since my interview, I am yet to receive any correspondence regarding the status of my application. This has been despite numerous inquiries by me in person, by phone or in writing.

I am hereby asking for your kind consideration and congressional help to expedite this matter. The pertinent information related to my file is as follows:

Name: **Mohammad Banki**
Alien Registration# **A 026 942 991**
N-400 Application# **ESC* 001183357**
Social Security# **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**
Date of Birth: **03-21-1968**
Mailing Address: **940 Quaker Lane, Apt# 1417**
**East Greenwich, RI 02818**
Telephone: **(401) 578-2450**
Email: **mobanki@aol.com**

Your time and effort would be greatly appreciated. Please do not hesitate to contact me if I can be of any further assistance.

Respectfully submitted,

M. Banki

Mo Manki, D.M.D., M.D.

[redacted]