# EXHIBITS
# G 1-14

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

November 9, 2005

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

Thank you for contacting my office regarding your concern with your immigration case. I appreciate the opportunity to be of service to you in this matter.

On your behalf, I have contacted the USCIS in Providence relative to the nature of your inquiry. Please know that once I receive any information, you will be notified promptly.

In the meantime, should you have any questions or need additional assistance, please do not hesitate to contact Norelys R. Consuegra of my State Office Staff at (401) 943-3100 or toll free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

December 8, 2005

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the US Citizenship and Immigration Services' (CIS) office in Providence regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

January 5, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the FBI regarding my inquiry on your behalf. The local immigration office has indicated that your name check clearance has not been received. Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

February 27, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the Citizenship and Immigration Services' (CIS) office in Providence regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

March 7, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to provide you with information I have received from the US Citizenship and Immigration Services' (CIS) Providence office regarding your immigration case.

CIS has stated your case is still pending name check clearance. Please know that my office will continue to inquire on the status of your case every 30 days and will keep you apprised.

I trust this information is helpful to you. Should you have any questions or need any additional information, please do not hesitate to contact Norelys R. Consuegra in my office at 401/943-3100 or toll free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

April 17, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the CIS office in Providence regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510–3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–3903
(202) 224–4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920–5602
(401) 943–3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903–1773
(401) 528–5200

1–(800) 284–4200

TDD RELAY RHODE ISLAND
1–(800) 745–5555

http://reed.senate.gov

May 3, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to provide you with information I have received from the US Citizenship and Immigration Services' (CIS) Providence office regarding your immigration case.

CIS has stated that they are waiting for your fingerprints to clear in order to continue processing your case. Please contact my office if you receive any correspondence from CIS.

I trust this information is helpful to you. Should you have any questions or need any additional information, please do not hesitate to contact Norelys R. Consuegra in my office at 401/943-3100 or toll free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

May 31, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am in receipt of a response from the FBI, with regard to your inquiry.

The FBI has informed my office that your case is still pending name check clearance. Please know that my office will continue to inquire on the status of your name check clearance in approximately 45 days.

Should you have any questions relative to this correspondence or require additional assistance, please do not hesitate to contact my State Office at 401/943-3100 or toll-free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

August 7, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the FBI Congressional office regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

September 25, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to provide you with information I have received from the FBI National Name Check Program Section Records Management Division regarding your name check clearance.

The FBI has stated that your name check was received on April 7, 2004 and is currently pending. In addition, they have indicated that while an exact date for completion of this review cannot be given, they have assured that the results will be made available to the immigration authorities as expeditiously as possible.

Furthermore, the FBI has informed my office that they are sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of their mission on homeland security requires that their name check process be primarily focused on an accurate and thorough result. This means that there are instances when their review of a name check request must require as much time as needed to obtain an unequivocally correct result. My office will continue to inquire with the FBI on your case.

I trust this information is helpful to you. Should you have any questions or need any additional information, please do not hesitate to contact Norelys R. Consuegra in my office at 401/943-3100 or toll free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

November 16, 2006

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the FBI regarding your name check clearance.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

January 4, 2007

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the FBI Congressional Office regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

APPROPRIATIONS

ARMED SERVICES

BANKING, HOUSING, AND URBAN AFFAIRS

HEALTH, EDUCATION, LABOR, AND PENSIONS

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1 (800) 284-4200

TDD RELAY RHODE ISLAND
1 (800) 745-5555

http://reed.senate.gov

February 5, 2007

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to provide you with information I have received from the FBI's National Name Check Program Section regarding your name check clearance.

As you may know, the FBI processes millions of name check requests annually with each requiring thoughtful consideration. The FBI is aware of how important name clearance is to my constituents; however, the FBI must also balance the need for national security in preparing the response to each of these requests.

My office has been informed by the FBI that their homeland security mission requires that the name check process be primarily focused on an accurate and thorough review. While an exact date for completion of your name check review cannot be given, I have been assured that the results will be made available to US Citizenship & Immigration Services as soon as they are completed. FBI records indicate that your name check was received on April 7, 2004. I have also enclosed an information sheet that may help answer your questions on the name check program. Please know that my office will continue to inquire on your case.

I trust this information is helpful to you. Should you have any questions or need any additional information, please do not hesitate to contact Norelys R. Consuegra in my office at 401/943-3100 or toll free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

JACK REED
RHODE ISLAND

COMMITTEES

APPROPRIATIONS

ARMED SERVICES

BANKING, HOUSING, AND URBAN AFFAIRS

HEALTH, EDUCATION, LABOR, AND PENSIONS

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:

728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1 (800) 284-4200

TDD RELAY RHODE ISLAND
1 (800) 745-5555

http://reed.senate.gov

April 5, 2007

Dr. Mohammad Banki
940 Quaker Lane, Apt. 1417
East Greenwich, RI 02818

Dear Dr. Banki:

I am writing to you to inform you that I have sent additional correspondence to the FBI regarding my inquiry on your pending name check clearance.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER