UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MOHAMMED BANKI, | ) | |
| Petitioner | ) | |
| | ) | C. A. No. 07-357ML |
| v. | ) | |
| | ) | |
| PETER D. KEISLER, ET ALS., | ) | |
| Respondent | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Federal Defendants, by and through their counsel, Robert Clark Corrente, United States Attorney, and Dulce Donovan, Assistant U.S. Attorney, respectfully move the Court for an extension of time to answer, or otherwise respond to, the Complaint. In support thereof, counsel for the United States avers the following:

1. On September 21, 2007, Petitioner Mohammed Banki filed a Petition for Hearing on Naturalization Application in this action, which was served upon the United States Attorney's office on October 1, 2007.

2. Pursuant to Rule 12 (a)(3)(A), the United States' response to the Complaint is due on or before November 30, 2007.

3. Petitioner seeks adjudication of his application for naturalization pursuant to INA Section 336(b), 8 U.S.C. § 1447(b). Petitioner filed his application for naturalization in March, 2004 and was interviewed by Respondent Citizenship and Immigration Services on July 20, 2004. At the time of filing the instant Complaint, Respondents had failed to schedule Petitioner's request to be sworn in as a naturalized U.S. Citizen within the statutory period.

4. However, on November 7, 2007, Respondent United States Citizenship and Immigration Services issued Notice of a Naturalization Oath Ceremony scheduled for January 14, 2008, attached as Exhibit A. Petitioner agrees that should he be sworn in as a U.S. Citizen on January 14, 2008, his claims in this case will be moot, and he will agree to dismiss the action as such.

5. Thus, Respondents requests an extension of time to answer or otherwise respond to the Petition for Hearing on Naturalization Application until January 16, 2008.

6. Petitioner's counsel has no objection to this extension of time.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of November, 2007, I electronically filed the within Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant(s), as identified on the Notice of Electronic Filing, will receive notice electronically:

David C. Clarke, Esq.
Blais Cunningham & Crowe Chester, LLP
P.O. Box 1325
150 Main Street
Pawtucket, RI 02862

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov