United States Citizenship and Immigration Services

AR# A026942991

Date: November 7, 2007

MOHAMMAD BANKI
940 QUAKER LANE APT.#1417
EAST GREENWICH, RI 02818

**You are hereby notified to appear for a Naturalization Oath Ceremony on:**

****_____JANUARY 14, 2008______________****

**At: VETERANS MEMORIAL AUDITORIUM**
**1 Avenue of the Arts**
**Providence, RI 02908**

**Please report promptly at 8:00 A.M.**

*******NO CELLULAR PHONES, RADIOS, SCISSORS, KNIVES, OR WEAPONS OF ANY KIND ALLOWED IN THE BUILDING.**

*******CAMERAS ARE ALLOWED.**

**You must bring the following with you:**

* This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON* A TYPEWRITER.
* Alien Registration Card.*
* Reentry Permit, or Refugee Travel Document.*
* Any Immigration documents you may have.*

****PROPER ATTIRE SHOULD BE WORN.****

**If you cannot come to the ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.**

[illegible] (SEE OTHER SIDE)

EXHIBIT A