**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MOHAMMED BANKI,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 07-357ML** |
| | : | |
| **PETER D. KEISLER et al.,** | : | |
| | : | |
| **Respondents** | : | |

**STIPULATION OF DISMISSAL**

Now comes petitioner MOHAMMED BANKI, and respondents PETER D. KEISLER, et al., by and through their undersigned counsel, and hereby stipulate and agree that, petitioner's claims against respondents, are voluntarily dismissed by petitioner with prejudice, each party to bear its own fees, costs, and expenses.

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Attorney for Respondents
(401) 709-5000
Email: dulce.donovan@usdoj.gov

/s/ David C. Clark
DAVID C. CLARKE, ESQ.
Blais Cunningham & Crowe Chester, LLP
P.O. Box 1325
150 Main Street
Pawtucket, RI 02862
Attorney for Petitioner
(860) 405-0210
Email: dclarke@blaislaw.com